ERIE COUNTY INDUSTRIAL DEVELOPMENT AGENCY et al., Appellants, v NEW HAMPSHIRE INSURANCE GROUP, a Division of AMERICAN INTERNATIONAL GROUP, et al., Respondents. [689 NYS2d 596] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Griffith, J. (Appeal from Order of Supreme Court, Erie County, Griffith, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.